# SCHEDULING CONFERENCE WORKSHEET

(The parties **SHALL** attach this completed worksheet to their joint scheduling report)

**CASE NAME:** _____

**CASE NUMBER:** _____

**SCHEDULING CONFERENCE DATE:** _____

**APPEARANCES:**

    PLAINTIFF(S): _____

    DEFENDANT(S): _____

## I.     PRELIMINARY MATTERS

**A.  Is there joint consent to magistrate judge jurisdiction?**

    Yes: _____  No: _____

**B.  Has the answer been filed?**

    Yes: _____  No: _____  (If No, explain in the Joint Report.)

**C.  Are pleading amendments anticipated?**

    Yes: _____  No: _____   Proposed deadline: _____
    (If proposing other than around the mid-point of discovery, explain in the Joint Report.)

**D.  Have initial disclosures per Rule 26 been completed?**

    Yes: _____  No: _____   If No, enter the proposed deadline: _____
    (If proposing more than 30 days after the scheduling conference, explain in the Joint Report.)

## II.     DISCOVERY

The intervals indicated in this section are believed by the Court to be appropriate.  However, if the parties agree that other reasonable intervals better suit their case, they may so provide and explain their reasoning in the Joint Report.

**A.  Non-Expert Discovery Cut-Off:** _____
(Generally, six months from scheduling conference date.)

**B.  Expert Disclosure Deadline:** _____
(Generally, one to two weeks after non-expert discovery deadline.)

**C.  Rebuttal Expert Disclosure Deadline:** _____
(Generally, two to four weeks after initial expert disclosure.)

**D.  Expert Discovery Cut-Off:** _____
(Generally, 30 days after rebuttal expert disclosure.)

**E.  Mid-Discovery Status Conference:** _____
(Generally, five weeks prior to non-expert discovery Cut-off.)

F.  **Non-Dispositive Motions:**

   1.  **Filing Deadline:** _____
       (Within two weeks of close of expert discovery.)

   2.  **Hearing Deadline:** _____
       (Five weeks later and set per the assigned judge's schedule re: motion hearings.)

## III.   COURT-SUPERVISED ACTIVITIES[1]

A.  **Dispositive Motions:**

   1.  **Filing Deadline:** _____
       (Generally, within 2 to 4 weeks of the hearing on the non-dispositive motions.)

   2.  **Hearing Date:** _____

       (Six weeks after dispositive motion filing deadline.)
       Judge Thurston:  Tuesday, Wednesday or Thursday at 8:30 a.m..
       Judge de Alba:  Monday at 1:30 p.m..
       Judge Baker:  5 weeks after dispositive motion filing deadline.

B.  **Pretrial Conference Date:** _____

   Judge Thurston:  8 weeks after the dispositive motion hearing, Monday at 1:30 p.m..
   Judge de Alba:  160 days after dispositive motion hearing; Monday at 1:30 p.m..
   Judge Baker:  6 weeks after the dispositive motion hearing.

C.  **Proposed Trial Date:** _____

   (Eight weeks after the pretrial conference.)
   Judge Thurston:  Tuesday at 8:30 a.m.
   Judge de Alba:  Tuesday at 8:30 a.m.
   Judge Baker:  Monday at 8:30 a.m.

## IV.   MISCELLANEOUS MATTERS

A.  **Bifurcation of issues requested?**

   Yes: \_\_\_\_\_  No: \_\_\_\_\_  (If Yes, explain in the Joint Report.)

B.  **Do all parties believe an early settlement conference could be productive?**

   Yes: \_\_\_\_\_  No: \_\_\_\_\_

C.  **Identify any other issues a party wants to address at the Scheduling Conference, including:**

   – Misjoinder of claims
   – Setting a date for settlement conference with a magistrate judge
   – Referral to the court's Voluntary Dispute Resolution Program.

---

[1] The intervals specified in this section may **not** be shortened.