UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br>STEVE WATKIN, *et al*.<br><br>　　　　Defendants. | Case No. 1:23-cv-00848-CDB<br><br>ORDER GRANTING APPLICATION OF COURTNEY CORBELLO TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 3) |

　　　The Court has read and considered the application of Courtney Corbello, attorney for Plaintiff Daymon Johnson, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 39).  In light of the application and for good cause appearing, Courtney Corbello's application for admission to practice *pro hac vice* is HEREBY GRANTED.

　　　The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated:   **June 8, 2023**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE