INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
     agura@ifs.org
Courtney Corbello, admitted pro hac vice+
     ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399
+Admitted in Texas. Practice supervised by
D.C. Bar members, D.C. App. R. 49(c)(8)

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON, | Case No. 1:23-cv-00848-CDB |
| *Plaintiff,* | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| STEVE WATKIN, et al., | |
| *Defendants*. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Daymon Johnson will and hereby does respectfully move pursuant to Fed. R. Civ. P. 65(a) for a preliminary injunction, said motion which he proposes to notice for a hearing on August 24, 2023 at an as-yet to be determined courtroom, prohibiting Defendants, their officers, agents, servants, employees, and all those acting in concert with them who receive notice of the injunction, from enforcing Cal. Educ. Codes §§ 87732 and 87735 and Kern Community College District Board Policy 3050 against Plaintiff Johnson on the basis of the content and viewpoint of his speech on political and social issues, and further enjoin Defendants, their officers, agents, servants, employees, and all those acting in concert with them who receive notice of the injunction, from enforcing Cal. Code of Regs., tit. 5, §§ 51200, 51201, 53425, 53601, 53602, and 53605, pending final judgment.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, and declarations and exhibits in support which are being filed together with this motion and are expressly incorporated by reference herein.

Date: July 13, 2023                    Respectfully submitted,

By:  /s/ Alan Gura
Alan Gura (SBN 178221)
    agura@ifs.org
Courtney Corbello, admitted pro hac vice+
    ccorbello@ifs.org
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399
+Admitted in Texas. Practice supervised by D.C. Bar members, D.C. App. R. 49(c)(8)

Attorneys for Plaintiff Daymon Johnson