# EXHIBIT D

**From:** Karla Quintero karla.quintero@kccd.edu
**Subject:** Added Screening Committee Workshop for June 2023
**Date:** June 5, 2023 at 12:10 PM
**To:**
**Cc:** Amalia Calderon amalia.calderon@kccd.edu, Laci Beyes laci.beyes@cerrocoso.edu, Gina Duran gina.duran@kccd.edu, Judy Caballero judy.caballero@kccd.edu



Good morning everyone,

*If you have already completed a workshop, please disregard this email.*

We have scheduled another date and time for the Screening Committee Training. You will need to have this training completed prior to the first meeting of any recruitment. Even if you are not sure if you will ever participate on a screening committee, it's a good thing to register and take the training. If you are unable to join this session, we will be offering more workshops in the coming months. Reminder, the trainings are offered monthly at this time.

**Workshop Date/Time for the month of June (click on a date below to register):**

[Wednesday, June 21, 2023, 2:00 pm to 4:00 pm](#)

As a reminder this is a two-hour training that was developed per the recommendation of the 2021-2024 KCCD Equal Employment Opportunity Plan which was board approved last spring.  **Fulfilling this obligation will certify employees for screening committee participation for two years**. You may use the below links to access the 2021-2024 KCCD Equal Employment Opportunity Plan, Title V which guides the plans development and Title VII of the Civil Rights Act.

[Title V](#)
[Title VII](#)
[KCCD Equal Employment Opportunity Plan](#)

Thank You,

Karla Quintero
Human Resources
Bakersfield College