

## United States District Court
## Eastern District of California

| | |
|---|---|
| Daymon Johnson | Case Number: 1:23-cv-00848 |
| Plaintiff(s) | |
| V. | |
| Steve Watkin, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Endel Kolde** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Daymon Johnson

On **11/09/1995** (date), I was admitted to practice and presently in good standing in the **Washington State Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

NA

Date: 07/11/2023            Signature of Applicant: /s/ Endel Kolde

**Pro Hac Vice Attorney**

Applicant's Name: Endel Kolde
Law Firm Name: Institute for Free Speech
Address: 1150 Connecticut Ave, NW, #801

City: Washington  State: DC  Zip: 20036
Phone Number w/Area Code: (202) 301-1664
City and State of Residence: Kirkland, Washington
Primary E-mail Address: dkolde@ifs.org
Secondary E-mail Address: dkolde@protonmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alan Gura
Law Firm Name: Institute for Free Speech
Address: 1150 Connecticut Ave, NW, #801

City: Washington  State: DC  Zip: 20036
Phone Number w/Area Code: (202) 967-0007  Bar #: 178221

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
                                JUDGE, U.S. DISTRICT COURT