UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVE WATKIN, *et al*.<br><br>         Defendants. | Case No. 1:23-cv-00848-CDB<br><br>ORDER GRANTING APPLICATION OF ENDEL KOLDE TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 12) |

The Court has read and considered the application of Endel Kolde, attorney for Plaintiff Daymon Johnson, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 12). In light of the application and for good cause appearing, Endel Kolde's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 17, 2023**                                    _____
                                                                                        UNITED STATES MAGISTRATE JUDGE