RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) — DATE 7-17-23

NAME OF SERVER (PRINT) Trisha Poffenberger — TITLE Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Christian Hootman, agent for Service of process, KCCD

☐ Returned unexecuted: _____

☐ Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $140 | $140 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-17-23
Date

Signature of Server

1412 17th Street, Ste. 349, Bakersfield, CA 93301
Address of Server

Kyle Carter