## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 7/14/2023 |
| NAME OF SERVER (PRINT) JAYME SEEGER | TITLE Private Investigator PI189473 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 7116 Georgetown Ave Lamont, CA 93241

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $18.34 | SERVICES $150 | TOTAL $168.34 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/2023
Date

Signature of Server: Jayme Seeger

Address of Server: 5808 18th St., Bakersfield, CA. 93301

Yovani Jimenez