Case 1:23-cv-00848-CDB   Document 9   Filed 07/11/23   Page 2 of 2

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1) — DATE 7-19-23

NAME OF SERVER (PRINT): Clifford Black   TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Sonya Christian

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $85 | $85 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-19-23
              Date

Signature of Server: Clifford Black

Address of Server: 2927 Marconi Ave Sacramento CA 95821

True and correct copies of: (1) the First Amended Complaint and exhibits attached thereto (Dkts. 8 – 8-7); (2) Issued Summons for Defendants Steve Watkin, Richard McCrow, Thomas Burke, John Corkins, Kyle Carter, Christina Scrivner, Romeo Agbalog, Kay Meek, Non Gomez-Heitzeberg, and Yovani Jimenez (Dkt. 4); (3) Issued Summons for Defendant Sonya Christian (Dkt. 9); (4) Notice and Motion for Preliminary Injunction (Dkts. 10 – 10-1); (5) Exhibits accompanying the Motion for Preliminary Injunction (Dkts. 10-2 – 10-10); and (6) the Proposed Order accompanying the Motion for Preliminary Injunction (Dkt. 10-11) were served to Sonya Christian.