INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
        agura@ifs.org
Endel Kolde, admitted pro hac vice
        dkolde@ifs.org
Courtney Corbello, admitted pro hac vice+
        ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

Plaintiff,

v.

STEVE WATKIN, et al.,

Defendants.

Case No. 1:23-cv-00848-CDB

PLAINTIFF'S NOTICE OF SERVICE

Plaintiff files this notice of service to inform the Court that service has been executed on all Defendants in this suit, including both this lawsuit and the motion for preliminary injunction and supporting documents.

The undersigned counsel, Courtney Corbello, affirms that she has caused service of process on Defendants Sonya Christian, Steve Watkin, Richard McCrow, Thomas Burke, John Corkins, Kyle Carter, Christina Scrivner, Romeo Agbalog, Kay Meek, Nan Gomez-Heitzeberg, and Yovani Jimenez. Returns of service can be found at Docket Nos. 14-24. All Defendants have been served copies of the summons (Dkts. 4, 9), first amended complaint (Dkts. 8-8.8) and motion for preliminary injunction along with its exhibits and proposed order (Dkts. 10 – 10.11), which is

noticed for hearing on August 24, 2023 and will be re-filed in its identical form today (except for a new filing ribbon), shortly after the filing of this Notice (Dkts. 26 – 26.11).

Attached to this Notice is an Affidavit of Service completed by Trisha Poffenberger, declaring that she served the aforementioned documents on the Kern Community College District (KCCD) Defendants. Sonya Christian, a state employee sued in her official capacity, was served by another process server, Clifford Black, and her return of service demonstrates she was also served the aforementioned documents. Dkt. 24.

Poffenberger's returns of service areflect that Defendants Corkins, Watkin, Burke, McCrow, Carter, Meek and Agbalog were served through Christian Hootman, Manager of Risk and Safety for KCCD.

Attached to this notice is a declaration by lead counsel, Alan Gura. Susan Galindo, executive assistant at the KCCD General Counsel's office, originally contacted Mr. Gura on June 6, 2023 and stated, via voicemail, that she was agent of process for the KCCD Defendants and that she would accept service on their behalf. Gura Decl. ¶ 5. Mr. Gura emailed copies of the First Amended Complaint to Ms. Galindo on June 7, 2023 along with a Notice and Acknowledgment form for Ms. Galindo to return in order to avoid formal service. *Id.* at ¶ 7. Despite this and two attempted follow-ups, Ms. Galindo never responded. *Id*. at ¶ 8-9. Hootman eventually accepted service of process in her place, but not until our process server went to KCCD's offices.

After Ms. Galindo failed to accept service, undersigned counsel obtained a process server to attempt personal service on each defendant. This was done on the same day that we filed  Plaintiff's Motion for Preliminary Injunction (Dkt. 10-10.11),in order to satisfy L.R. 230(b)'s requirement that notice of a preliminary injunction motion be provided no later than 35 days before the scheduled hearing. *Id*. at ¶ 12. I provided Ms. Galindo's information to the process server, who ultimately went to the KCCD's address to effectuate service on Defendants Corkins, Watkin, Burke, McCrow, Carter, Meek and Agbalog, after initial attempts at service at their home addresses were unsuccessful. The process server informed me that, upon arriving at the KCCD Office, Christian Hootman informed her that Ms. Galindo was not available, but he could also accept service on behalf of the KCCD Defendants, which he did. Dkts. 15, 16, 17, 19, 20, 21, 22. Hootman's status as

1   an agent for service of process is reflected in the attached service returns for Corkins, Watkin,

2   Burke, McCrow, Carter, Meek and Agbalog. *Id.*

3         Thus, all Defendants have been properly served in this suit and are on timely notice of

4   Plaintiff's preliminary injunction motion set for August 24, 2023. Although the re-filed motion for

5   preliminary injunction and supporting documents are identical to the previously filed motion, I will

6   be emailing an extra courtesy copy of the refiled documents to Mr. Hooten and the California

7   Attorney General's office, along with a copy of this Notice of Service. Those emails will be sent

8   today.

9

10        Date: July 20, 2023              Respectfully submitted.

11

12                                 By:     /s/ *Courtney Corbello*
                                           Courtney Corbello, admitted pro hac vice+
13                                              ccorbello@ifs.org
                                           Endel Kolde admitted pro hac vice
14                                              dkolde@ifs.org
                                           Alan Gura (SBN 178221)
15                                              agura@ifs.org

16
                                           INSTITUTE FOR FREE SPEECH
17                                         1150 Connecticut Avenue, N.W., Suite 801
                                           Washington, DC 20036
18                                         Phone: 202.967.0007
                                           Fax:    202.301.3399
19

20
                                           Attorneys for Plaintiff Daymon Johnson
21

22                                         +Admitted in Texas. Practice supervised per
                                           D.C. Ct. Appeals R. 49.3
23

24                         CERTIFICATE OF SERVICE

25        I hereby certify that on July 20, 2023, I caused a copy of the foregoing pleading to be served

26   upon counsel of record for all parties via email to:

27        Christian Hootman
          Agent for service of process for KCCD Defendants
28        christian.hootman@kccd.edu

1   Public Inquiry Unit
    California Attorney General's Office
2   piu@doj.ca.gov
    Agent of Service for Sonya Christian
3
                                                            *s/Courtney Corbello*
4                                                           Courtney Corbello

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28