INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
        agura@ifs.org
Courtney Corbello, admitted pro hac vice+
        ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399
+Admitted in Texas. Practice supervised by
D.C. Bar members, D.C. App. R. 49(c)(8)

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

  *Plaintiff*,

  v.

STEVE WATKIN, et al.,

  *Defendants*.

Case No. 1:23-cv-00848-CDB

DECLARATION OF ALAN GURA

I, Alan Gura, declare the following based on my personal knowledge:

1. On Thursday, June 1, 2023, I filed the original complaint and related documents in this case.

2. On Friday, June 2, 2023, I filed a Notice of Potentially Related Case, in this case, Dkt. 2, and in the potentially related case of *Garrett v. Hine*, 1:21-cv-845-ADA-CDB, Dkt. 63. The lead defendant in that case is Christopher Hine, who at the time was General Counsel for the Kern Community College District.

3. On Monday, June 5, 2023, once the court's computer assigned the permanent case number, I emailed Christopher Hine, who was still listed at KCCD's website as the District's General Counsel. I wrote to alert Hine of the filing of this case, request that he accept service for the

defendants, and meet and confer over the planned preliminary injunction motion. That email stated:

> Dear Mr. Hine,
>
> I represent Bakersfield College Prof. Daymon Johnson in a new case against various KCCD officials in their official capacities.
>
> I've attached copies of the various documents filed thus far for your convenience.
>
> Can you please let me know if you'd be willing to accept service on behalf of the Defendants?
>
> I'd be happy to stipulate to extending the time to respond if you'd like.
>
> Of more immediate concern than the response to the complaint, I'd like to meet and confer over our planned preliminary injunction motion.
>
> Please let me know if you can discuss this, or have the responsible attorney contact me.
>
> Thanks,
> Alan Gura
> (Direct dial 202.967.0007)

To this email, I attached all filings in the case to date, ECF dockets 1 through 5. A true and correct copy of my email to Mr. Hine is attached hereto as Exhibit 1.

4.  I also left a voicemail message to this effect at Mr. Hine's office the same day.

5.  The next day, June 6, 2023, at 3:24 pm Pacific Time, I received the following voicemail message from a caller claiming to be Suzanne Galindo. That message stated:

> Hello Mr. Gura. My name is Suzanne. I'm calling from the Kern Community College District General Counsel's Office. I am the agent of process for the district, and I'd be happy to accept service of whatever documents you have. Please send them to me along with the notice of acknowledgment and receipt, and I will process accordingly. You can send them to my email address, it'll be [spelled out] that's S Galindo at K C C D dot E D U. Thank you very much.

6.  KCCD's website lists Suzanne M. Galindo as Executive Assistant to the General Counsel.

7.  On hearing this, I drafted a notice of acknowledgment and receipt for Ms. Galindo's signature. And on June 7, 2023, I emailed Ms. Galindo the following:

> Dear Ms. Galindo,
>
> Thanks for the call back.
>
> Per your message, attached please find the summons and complaint, as well as other documents filed thus far in the case, along with the requested Notice of Acknowledgement and Receipt.

> If you could please email back the completed Notice of Acknowledgement and Receipt, I'd greatly appreciate it.
>
> Also, as per my phone message and email, I do need to hear from counsel about meeting and conferring over our preliminary injunction motion.
>
> Thanks,
> Alan Gura

To this email, I again attached the filings at ECF docket 1 through 5, as well as the Notice of Acknowledgement and Receipt that Ms. Galindo had requested. A true and correct copy of my email to Ms. Galindo, including the Notice of Acknowledgment and receipt, is attached hereto as Exhibit 2.

8.  As I did not hear back from Ms. Galindo, or receive the signed Notice of Acknowledgment and Receipt, I left another voicemail at the Kern Community College District General Counsel's Office inquiring about the matter on June 9, 2023, at 9:55 a.m. Pacific Time.

9.  Later that day, I emailed Ms. Galindo again:

> Dear Ms. Galindo,
>
> Please return the completed Notice of Acknowledgement and Receipt.
>
> If you've changed your mind about accepting service, please let me know that as well.
>
> Thanks,
> Alan Gura

A true and correct copy of my email to Ms. Galindo is attached hereto as Exhibit 3.

10. The KCCD defendants are aware of this litigation. On June 26, 2023, most of them discussed it in executive session. *See* https://go.boarddocs.com/ca/kccd/Board.nsf/Public (select "Meetings," select "June 26, 2023 (Mon) Board of Trustees Special Meeting," select "view the agenda," scroll down to and select 7-A, "Closed Session Items," to reveal: "Conference with Legal Counsel – Existing Litigation . . . Johnson v. Watkin, et al. U.S. District Court Eastern District Case Number 23-CV-00848-CDB . . . ." Defendants Agbalog, Corkins, Meek, Carter, Gomez-Heitzeberg, Jimenez, Scrivner, and Burke attended this meeting, along with an unnamed General Counsel. *Id.* (select 1-A, "Call to Order," at June 26 meeting).

11. I have yet to receive the Notice of Acknowledgement and Receipt from Ms. Galindo. Apart from her voicemail offering to accept service, I have never received any communication from

anyone at the KCCD General Counsel's Office or otherwise on behalf of any defendant. I will note that my multiple requests to meet and confer about this case have been ignored.

12. In noticing the preliminary injunction motion for hearing on August 24, 2023, it was my expectation that we could complete service on the defendants within 35 days of that date.

I declared under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

_____
Alan Gura

# Exhibit A

# Alan Gura

| | |
|---|---|
| **From:** | Alan Gura |
| **Sent:** | Monday, June 5, 2023 1:44 PM |
| **To:** | Christopher.hine@kccd.edu |
| **Subject:** | New case -- Johnson v. Watkin, E.D. Cal. 1:23-cv-00848 |
| **Attachments:** | 001-0-complaint.pdf; 001-1-civil_cover_sheet.pdf; 001-2-exhbit_A.pdf; 001-3-exhibit_B.pdf; 001-4-exhibit_C.pdf; 001-5-echibit_D.pdf; 002-notice_related_case.pdf; 004-summons.pdf; 005-0-conference_order.pdf; 005-1-consent_order.pdf; 005-2-worksheet.pdf; 005-3-consent_form.pdf; 005-4-VDRP.pdf; 003-0-phv.pdf; 003-1-cgs.pdf |

Dear Mr. Hine,

I represent Bakersfield College Prof. Daymon Johnson in a new case against various KCCD officials in their official capacities. I've attached copies of the various documents filed thus far for your convenience.

Can you please let me know if you'd be willing to accept service on behalf of the Defendants?
I'd be happy to stipulate to extending the time to respond if you'd like.

Of more immediate concern than the response to the complaint, I'd like to meet and confer over our planned preliminary injunction motion.
Please let me know if you can discuss this, or have the responsible attorney contact me.

Thanks,
Alan Gura
(Direct dial 202.967.0007)

# Exhibit B

# Alan Gura

| | |
|---|---|
| **From:** | Alan Gura |
| **Sent:** | Wednesday, June 7, 2023 4:04 PM |
| **To:** | sgalindo@kccd.edu |
| **Subject:** | Service of process -- Johnson v. Watkin, E.D. Cal. No. 1:23-cv-00848-CDB |
| **Attachments:** | 001-0-complaint.pdf; 001-1-civil_cover_sheet.pdf; 001-2-exhbit_A.pdf; 001-3-exhibit_B.pdf; 001-4-exhibit_C.pdf; 001-5-exhibit_D.pdf; 002-notice_related_case.pdf; 003-0-phv.pdf; 003-1-CGS.pdf; 004-summons.pdf; 005-0-conference_order.pdf; 005-1-consent_order.pdf; 005-2-worksheet.pdf; 005-3-consent_form.pdf; 005-4-VDRP.pdf; NOTICE_OF_ACKNOWLEDGMENT_AND_RECEIPT.pdf |

Dear Ms. Galindo,

Thanks for the call back.
Per your message, attached please find the summons and complaint, as well as other documents filed thus far in the case, along with the requested Notice of Acknowledgement and Receipt.

If you could please email back the completed Notice of Acknowledgement and Receipt, I'd greatly appreciate it.

Also, as per my phone message and email, I do need to hear from counsel about meeting and conferring over our preliminary injunction motion.

Thanks,
Alan Gura

INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
　　　agura@ifs.org
Courtney Corbello (pro hac vice pending)
　　　ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:　 202.301.3399

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

　　*Plaintiff*,

　　v.

STEVE WATKIN, et al.,

　　*Defendants*.

Case No.: 1:23-cv-00848-CDB

**NOTICE**

**TO: Steve Watkin**, in his official capacity as Interim President, Bakersfield College; **Richard McCrow**, in his official capacity as Dean of Instruction, Bakersfield College; **Thomas Burke**, in his official capacity as Chancellor, Kern Community College District; **Romeo Agbalog**, in his official capacity as President, Kern Community College District Board of Trustees; **John Corkins**, in his official capacity as Vice President, Kern Community College District Board of Trustees; **Kay Meek**, in her official capacity as Clerk, Kern Community College District Board of Trustees; **Kyle Carter**, in his official capacity as Trustee, Kern Community College District; **Christina Scrivner**, in her official capacity as Trustee, Kern Community College District; **Nan Gomez-Heitzeberg**, in her official capacity as Trustee, Kern Community College District; and **Yovani Jimenez**, in his official capacity as Trustee, Kern Community College District

This summons is served pursuant to Section 415.30 of the California Code of Civil Procedure. Failure to complete this form and return it to the sender within 20 days using the enclosed postage prepaid return envelope may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed in the name of such entity by you or by a person authorized to receive service of process on behalf of such entity. In all other cases, this corm must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons is deemed served on the date of execution of an acknowledgment of receipt of summons.

\_\_\_\_/s/ Alan Gura_____
Signature of Sender, Alan Gura

**ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS**

This acknowledges receipt on:

_____ \_\_\_\_\_, 2023
(Month)         (Day)

of a copy of the summons (Dkt. 4), the complaint with exhibits (Dkts. 1, 1-2, 1-3, 1-4, and 1-5), civil cover sheet (Dkt. 1-1), notice of potentially related case (Dkt. 2), application for pro hac vice and proposed order with attachment (Dkt. 3, 3-1) and order setting mandatory scheduling conference with attachments (Dkt. 5, 5-1, 5-2, 5-3, 5-4)  by Suzanne Galindo, agent of process for Defendants, at sgalindo@kccd.edu.

Date: _____
       (Date this acknowledgment is executed)

Signature: _____
              (Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

# Exhibit C

# Alan Gura

| | |
|---|---|
| **From:** | Alan Gura |
| **Sent:** | Friday, June 9, 2023 2:44 PM |
| **To:** | 'sgalindo@kccd.edu' |
| **Subject:** | RE: Service of process -- Johnson v. Watkin, E.D. Cal. No. 1:23-cv-00848-CDB |

Dear Ms. Galindo,

Please return the completed Notice of Acknowledgement and Receipt.
If you've changed your mind about accepting service, please let me know that as well.

Thanks,
Alan Gura

---

**From:** Alan Gura
**Sent:** Wednesday, June 7, 2023 4:04 PM
**To:** sgalindo@kccd.edu
**Subject:** Service of process -- Johnson v. Watkin, E.D. Cal. No. 1:23-cv-00848-CDB

Dear Ms. Galindo,

Thanks for the call back.
Per your message, attached please find the summons and complaint, as well as other documents filed thus far in the case, along with the requested Notice of Acknowledgement and Receipt.

If you could please email back the completed Notice of Acknowledgement and Receipt, I'd greatly appreciate it.

Also, as per my phone message and email, I do need to hear from counsel about meeting and conferring over our preliminary injunction motion.

Thanks,
Alan Gura