UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

    *Plaintiff*,

v.

STEVE WATKIN, et al.,

    *Defendants*.

Case No. 1:23-cv-00848-CDB

AFFIDAVIT OF SERVICE

I, Trisha Poffenberger, certify that service of the above-captioned case took place as described below, which included true and correct copies of: (1) the First Amended Complaint and exhibits attached thereto (Dkts. 8 – 8-7); (2) Issued Summons for Defendants Steve Watkin, Richard McCrow, Thomas Burke, John Corkins, Kyle Carter, Christina Scrivner, Romeo Agbalog, Kay Meek, Nan Gomez-Heitzeberg, and Yovani Jimenez (Dkt. 4); (3) Issued Summons for Defendant Sonya Christian (Dkt. 9); (4) Notice and Motion for Preliminary Injunction (Dkts. 10 – 10-1); (5) Exhibits accompanying the Motion for Preliminary Injunction (Dkts. 10-2 – 10-10); and (6) the Proposed Order accompanying the Motion for Preliminary Injunction (Dkt. 10-11).

I served the above-listed documents on Defendants Steve Watkin, Richard McCrow, Thomas Burke, John Corkins, Kyle Carter, Christina Scrivner, Romeo Agbalog, Kay Meek, Nan Gomez-Heitzeberg, and Yovani Jimenez as detailed in my returns of service executed between July 14 and July 18, 2023. I also sent the above-listed documents to be served on Sonya Christian, through the California Attorney General's Office, by C & P Process Server. I was informed by C & P Process Server that the above-listed documents had been served on Defendant Christian on July 19, 2023. I have provided the returns of service for all Defendants to Plaintiff's counsel, Courtney Corbello.

Executed under penalty of perjury on July 20, 2023

_____
Trisha Poffenberger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28