INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
    agura@ifs.org
Courtney Corbello, admitted pro hac vice+
    ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:     202.301.3399
+Admitted in Texas. Practice supervised by
D.C. Bar members, D.C. App. R. 49(c)(8)

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

    *Plaintiff*,

    v.

STEVE WATKIN, et al.,

    *Defendants.*

Case No. 1:23-cv-00848-CDB

DECLARATION OF MATTHEW GARRETT

I, Matthew Garrett, declare the following based on my personal knowledge:

1. I was employed as full-time faculty at Kern Community College District beginning in August 2010.

2. On November 21, 2022, Bakersfield College Dean of Instruction Richard McCrow sent me a letter titled, "Notice to Correct Deficiencies – Unprofessional Conduct." Exhibit F is a true and correct copy of that letter, with my home address redacted.

3. On April 14, 2023, former Bakersfield College President Zav Dadabhoy sent me a letter entitled "Notice of Decision to Terminate," including a "Recommendation for Statement of Decision to Terminate" and "Statement of Charges." Exhibit G is a true and correct copy of that letter and its attachments, with my home address redacted.

I declared under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023.

Matthew Garrett