INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
    agura@ifs.org
Endel Kolde, admitted pro hac vice
    dkolde@ifs.org
Courtney Corbello, admitted pro hac vice+
    ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

       *Plaintiff,*

       v.

STEVE WATKIN, et al.,

       *Defendants*.

Case No. 1:23-cv-00848-CDB

DECLARATION

I, Courtney Corbello, declare the following:

1. On July 21, 2023, this Court issued a Minute Order setting forth a schedule for Plaintiff's pending motion for preliminary injunction. Dkt. 27.

2. Following the setting of deadlines, this Court then ordered Plaintiff to provide a copy of its minute order to all Defendants.

3. I sent the Court's minute order (Dkt. 27) to all Defendants on July 21, 2023. First, I sent the minute order via email to (A) Christian Hootman, agent for service of process for the KCCD Defendants, at Christian.Hootman@kccd.edu; (B) Defendant Sonya Christian, who was personally served on July 19, 2023, at the Chancellor's office email address: info@cccco.edu; and (C) the California Attorney General's Office to the public inquiry unit – the only email address I was able

to find – at piu@doj.ca.gov, which was done in the event Chancellor Christian has obtained or will obtain representation from the OAG.

4. Second, I sent a hard copy version of the Court's Minute Order via USPS mail to the above-named at the following addresses, respectively:

> Christian Hootman
> Human Resources
> Kern Community College District
> 2100 Chester Avenue
> Bakersfield, CA 93301
>
> Chancellor Sonya Christian
> California Community Colleges Chancellor's Office
> 1102 Q Street, Suite 4400
> Sacramento, CA 95811
>
> Office of the Attorney General
> 1300 "I" Street
> Sacramento, CA 95814-2919

5. Thus, as of July 21, 2023, I, on Plaintiff's behalf, have sent a copy of the Court's minute order to all Defendants.

Executed under penalty of perjury on July 21, 2023.

<u>/s/ Courtney Corbello</u><br>
Courtney Corbello<br>
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I caused a copy of the foregoing to be served upon all parties via email to:

Christian Hootman
Agent for service of process for KCCD Defendants
christian.hootman@kccd.edu

Chancellor Sonya Christian
California Community Colleges Chancellor
info@cccco.edu

Public Inquiry Unit
California Attorney General's Office
piu@doj.ca.gov

                                          *s/Courtney Corbello*
                                          Courtney Corbello