Liebert Cassidy Whitmore
A Professional Law Corporation
Error! No text of specified style in document.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD

| | |
|---|---|
| DAYMON JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>STEVE WATKIN, in his official capacity as Interim President, Bakersfield College; RICHARD McCROW, in his official capacity as Dean of Instruction, Bakersfield College; THOMAS BURKE, in his official capacity as Chancellor, Kern Community College District; SONYA CHRISTIAN, in her official capacity as Chancellor, California Community Colleges; ROMEO AGBALOG, in his official capacity as President, Kern Community College District Board of Trustees; JOHN S. CORKINS, in his official capacity as Vice President, Kern Community College District Board of Trustees; KAY S. MEEK, in her official capacity as Clerk, Kern Community College District Board of Trustees; KYLE CARTER, in his official capacity as Trustee, Kern Community College District; CHRISTINA SCRIVNER, in her official capacity as Trustee, Kern Community College District; NAN GOMEZ-HEITZEBERG, in her official capacity as Trustee, Kern Community College District; and YOVANI JIMENEZ, in his official capacity as Trustee, Kern Community College District,<br><br>Defendants. | Case No.: 1:23-cv-00848 CDB<br><br>Complaint Filed: June 1, 2023<br>FAC Filed: July 6, 2023<br><br>**[PROPOSED] ORDER RE STIPULATION ON HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR RESPONSE TO FIRST AMENDED COMPLAINT** |

[Proposed] Order

12126290.1 KE020-114

## [PROPOSED] ORDER

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction is continued until September 5 or 8, 2023 at 10:30 a.m.
2. Defendants' Opposition papers in response to the Motion must be filed and served on or before August 18, 2023.
3. Plaintiff's Reply papers in support of the Motion must be filed on or before August 30, 2023.
4. Defendants (except Sonya Christian) must respond to the First Amended Complaint on or before August 18, 2023.
5. Defendant Sonya Christian must respond to the First Amended Complaint on or before October 3, 2023.

IT IS SO ORDERED.

Dated: _____   _____
The Honorable Christopher D. Baker
United States District Court Magistrate Judge

[Proposed] Order

12126290.1 KE020-114