UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON, | Case No. 1:23-cv-00848-CDB |
| Plaintiff, | ORDER RE: STIPULATION ON HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR RESPONSE TO FIRST AMENDED COMPLAINT |
| v. | |
| STEVE WATKIN, *et al*. | |
| Defendants. | (Doc. 30) |

On June 1, 2023, Plaintiff Daymon Johnson ("Plaintiff") filed a complaint against Defendants Steve Watkin, Richard McCrow, Thomas Burke, Romeo Agbalog, John S. Corkins, Kay S. Meek, Kyle Carter, Christina Scrivner, Nan Gomez-Heitzenberg, and Yovani Jimenez.  (Doc. 1).  On July 6, 2023, Plaintiff filed a first amended complaint adding Sonya Christian (hereinafter collectively "Defendants") as an additional, named defendant.  On July 13, 2023, Plaintiff filed a motion for preliminary injunction.  (Doc. 26).  Because the docket did not reflect that Defendants were served with either the first amended complaint or motion papers, at the Court's direction, Plaintiff provided notice to Defendants and refiled the motion for preliminary injunction on July 20, 2023.  (Doc. 26).  Thereafter, the Court entered a motion briefing and hearing schedule.  (Doc. 27).

Pending before the Court is the parties' stipulated request to modify the motion briefing and hearing schedule and to set the time for Defendants' responses to the first amended complaint.  (Doc.

30).  Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' opposition to Plaintiff's motion for preliminary injunction (Doc. 26), shall be filed and served on or before **August 18, 2023**;

2. Plaintiff's reply in support of his motion, if any, shall be filed on or before **August 30, 2023**;

3. The hearing Plaintiff's motion for preliminary injunction is continued from August 24, 202, **to September 7, 2023, at 10:30AM**;

4.  Defendant Sonya Christian shall respond to the first amended complaint (Doc. 8), on or before **October 3, 2023**; and

5. All other Defendants shall respond to the first amended complaint on or before **August 18, 2023**.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

_____
UNITED STATES MAGISTRATE JUDGE