ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE E. REILLEY, State Bar No. 314766
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
        Jane.Reilley@doj.ca.gov
*Attorneys for Sonya Christian, in her official*
*capacity as Chancellor of the California Community*
*Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| **DAYMON JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **STEVE WATKIN, et al.** <br><br> Defendants. | 1:23-cv-00848-CDB <br><br> **NOTICE OF APPEARANCE** |

    The California Attorney General, counsel for Sonya Christian, named in her official

capacity as Chancellor of the California Community Colleges, files this Notice of Appearance to

inform the Court of assigned counsel for Defendant Christian in this proceeding.

///

1

1      Defendant notifies the Court that the attorneys with principal charge of the case are as

2 follows:

3

4      Jay C. Russell, Deputy Attorney General
     Jane E. Reilley, Deputy Attorney General
5      455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6      Telephone:  (415) 510-3617
     E-mail:  Jay.Russell@doj.ca.gov
7             Jane. Reilley@doj.ca.gov

8

9 Dated:  August 11, 2023             Respectfully submitted,

10                       ROB BONTA
                      Attorney General of California
11                       ANYA M. BINSACCA
                      Supervising Deputy Attorney General
12

13

14                       */s/ Jay C. Russsell*
                      JAY C. RUSSELL
15                       JANE E. REILLEY
                      Deputy Attorneys General
16                       *Attorneys for Sonya Christian, in her official*
                      *capacity as Chancellor of the California*
17                       *Community Colleges*
SA2023303989
18 USDC Eastern - Notice of Appearance.docx

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: **Johnson, Daymon v. Watkin, Steve, et al.**　　　Case No.　**1:23-cv-00848-CDB**

I hereby certify that on <u>August 11, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 11, 2023</u>, at San Francisco, California.

M. Mendiola
Declarant

Signature

SA2023303989
43835846.docx