INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
    agura@ifs.org
Courtney Corbello, admitted pro hac vice+
    ccorbello@ifs.org
Endel Kolde, admitted pro hac vice
    dkolde@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007 / Fax: 202.301.3399
+Admitted in Texas. Practice supervised by D.C. Bar members, D.C. App. R. 49(c)(8)

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE WATKIN, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00848-CDB<br><br>NOTICE OF UNAVAILABILITY |

PLEASE TAKE NOTICE THAT with respect to any rescheduled hearing of Plaintiff's motion for preliminary injunction, undersigned counsel is unavailable September 13 (family commitment), 14, 15 (Erev Rosh Hashana), 25 and 26 (Yom Kippur). Plaintiff respectfully requests that no hearing be set on these dates.

Date: August 14, 2023          Respectfully submitted,

                    By:   /s/ Alan Gura
                          Alan Gura (SBN 178221)
                              agura@ifs.org
                          Courtney Corbello, admitted pro hac vice+
                          Endel Kolde, admitted pro hac vice
                          INSTITUTE FOR FREE SPEECH
                          1150 Connecticut Avenue, N.W., Suite 801
                          Washington, DC 20036
                          Phone: 202.967.0007 / Fax: 202.301.3399
                          +Admitted in Texas. Practice supervised by
                          D.C. Bar members, D.C. App. R. 49(c)(8)

                          Attorneys for Plaintiff Daymon Johnson