Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Jennifer R. Denny, Bar No. 314620
jdenny@lcwlegal.com
Morgan J. Johnson, Bar No. 345620
mjohnson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants STEVE WATKIN, RICHARD McCROW, THOMAS BURKE, ROMEO AGBALOG, JOHN S. CORKINS, KAY S. MEEK, KYLE CARTER, CHRISTINA SCRIVNER, NAN GOMEZ-HEITZEBERG, and YOVANI JIMENEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD

| | |
|---|---|
| DAYMON JOHNSON, <br><br>                    Plaintiff, <br><br>     v. <br><br> STEVE WATKIN, in his official capacity as Interim President, Bakersfield College; RICHARD McCROW, in his official capacity as Dean of Instruction, Bakersfield College; THOMAS BURKE, in his official capacity as Chancellor, Kern Community College District; SONYA CHRISTIAN, in her official capacity as Chancellor, California Community Colleges; ROMEO AGBALOG, in his official capacity as President, Kern Community College District Board of Trustees; JOHN S. CORKINS, in his official capacity as Vice President, Kern Community College District Board of Trustees; KAY S. MEEK, in her official capacity as Clerk, Kern Community College District Board of Trustees; KYLE CARTER, in his official capacity as Trustee, Kern Community College District; CHRISTINA SCRIVNER, in her official | Case No.: 1:23-cv-00848 CDB <br><br> Complaint Filed: June 1, 2023 <br> FAC Filed: July 6, 2023 <br><br> **DECLARATION OF DAVID A. URBAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> *[Motion to Dismiss filed concurrently herewith]* <br><br> Date:         October 16, 2023 <br> Time:        1:30 p.m. <br> Courtroom: Honorable Ana de Alba |

capacity as Trustee, Kern Community College District; NAN GOMEZ-HEITZEBERG, in her official capacity as Trustee, Kern Community College District; and YOVANI JIMENEZ, in his official capacity as Trustee, Kern Community College District,

          Defendants.

## DECLARATION OF DAVID URBAN

I, David Urban, declare and state as follows:

1. I am counsel for Defendants Steve Watkin, Richard McCrow, Thomas Burke, Romeo Agbalog, John S. Corkins, Kay S. Meek, Kyle Cater, Christina Scrivner, Nan Gomez Heitzberg, and Yovani Jimenez in the above-captioned matter. I am over the age of 18 years old, and I make this declaration of my own personal knowledge.

2. On August 22, 2023, I e-mailed counsel to set up a telephonic meet-and-confer session to discuss this Motion, in compliance with this Court's Standing Order, p.2. Once a time was scheduled for a call with counsel, I sent a meeting invite for the call.

3. On August 28, 2023, at 1:00 p.m., counsel for the parties conducted the telephonic meet-and-confer regarding the merits of the instant motion. Alan Gura and Courtney Corbello participated on behalf of Plaintiff Daymon Johnson. Jay Russel and Jane Reilly from the California Attorney General's Office participated on behalf of Defendant Sonya Christian. Jennifer Denny and I participated on behalf of the Defendants listed above. We discussed the substance of the instant Motion and any potential resolution, and exhausted these efforts during the call. Counsel did not reach a resolution of the matters presented by the instant Motion.

Executed this 29th day of August, 2023, at Los Angeles, California.

          /s/ *David A. Urban*
          David A. Urban

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704