# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON <br> *Plaintiff* <br> v. <br> STEVE WATKIN, et al. <br> *Defendant* | Case No. 1:23-cv-00848-ADA-CDB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Steve Watkin, Richard McCrow, Thomas Burke, Romeo Agbalog, John S. Corkins, Kay S. Meek, Kyle Carter, Christina Scrivner, Nan Gomez-Heitzberg, and Yovani Jimenez

Date: September 6, 2023

*/s/ Olga Y. Bryan*
*Attorney's signature*

Olga Y. Bryan 298969
*Printed name and bar number*

Liebert Cassidy Whitmore
5250 North Palm Avenue, Suite 310
Fresno, CA 93704
*Address*

obryan@lcwlegal.com
*E-mail address*

619.481.5914
*Telephone number*

619.446.0015
*FAX number*