# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Courtney Corbello | 2. EMAIL<br>ccorbello@ifs.org | 3. PHONE NUMBER<br>202-985-1644 | 4. DATE<br>9/15/2023 |
| 5. MAILING ADDRESS<br>1150 Connecticut Avenue, N.W., Suite 801 | | 6. CITY<br>Washington | 7. STATE DC    8. ZIP CODE 20036 |
| 9. CASE NUMBER<br>1:23-cv-00848 | 10. JUDGE<br>Magistrate Judge Christopher Baker | DATES OF PROCEEDINGS<br>11. FROM 9/7/2023 | 12. TO 9/7/2023 |
| 13. CASE NAME<br>Johnson v. Watkin, et al. | | LOCATION OF PROCEEDINGS<br>14. CITY Bakersfield | 15. STATE California |

16. ORDER FOR
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Hearing on Motion for Preliminary Injunction | 9/7/2023 | ECRO |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE *Courtney Corbello*

PROCESSED BY

20. DATE 9.15.2023

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |