INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
    agura@ifs.org
Courtney Corbello, admitted pro hac vice
    ccorbello@ifs.org
Del Kolde, admitted pro hac vice
    dkolde@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE WATKIN, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00848-ADA-CDB<br><br>Date:    NA<br>Time:    NA<br>Dept:    NA<br>Judge:    Hon. Christopher D. Baker<br>Trial Date:    Not Scheduled<br>Action filed:    June 1, 2023 |

NOTICE OF SUPPLEMENTAL AUTHORITY

In opposing Plaintiff's motion for a preliminary injunction, Defendant Christian relied on *Alpha Delta Chi-Delta Chapter v. Reed*, 648 F.3d 790 (9th Cir. 2011), for the proposition that regulations do not offend the First Amendment if they are intended to address invidious discrimination. "[T]he regulations Johnson challenges do not 'target speech or discriminate on the basis of its content,' but instead seek to 'remove access barriers imposed against groups that have historically been excluded.'" Doc. 42 at 14 (quoting *Alpha Delta Chi*, 648 F.3d at 801).

On September 13, 2023, the Ninth Circuit overruled *Alpha Delta Chi*, holding that the case's Free Speech Clause holding (like it Free Exercise Clause holding) has been "abrogated by more recent Supreme Court authority," and "is no longer good law." *Fellowship of Christian Athletes v.*

*San Jose Unified Sch. Dist. Bd. of Educ.*, No. 22-15827, __ F.4th __, 2023 U.S. App. LEXIS 24260, at *48 n.8 (9th Cir. Sept. 13, 2023) (en banc) (citing *Reed v. Town of Gilbert*, 576 U.S. 155 (2015)).

Dated: September 18, 2023   Respectfully submitted.

By: /s/ Alan Gura
Alan Gura, SBN 178221
agura@ifs.org
Courtney Corbello, admitted pro hac vice
Endel Kolde, admitted pro hac vice
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007 / Fax: 202.301.3399

Attorneys for Plaintiff Daymon Johnson

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the foregoing with the Clerk using the Court's CM/ECF system, and that all participants in this case are registered CM/ECF users who have thereby been electronically served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2023.

/s/ Alan Gura
Alan Gura