ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE E. REILLEY, State Bar No. 314766
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3617
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendant Sonya Christian, in her official capacity as Chancellor of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAYMON JOHNSON,**<br><br>                                            Plaintiff,<br><br>v.<br><br>**STEVE WATKIN, et al.,**<br><br>                                            Defendants. | 1:23-cv-00848-ADA-CDB<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Eastern District of Cal. Civ. L.R. 230(m)(2) |

Defendant Sonya Christian, in her official capacity as Chancellor of the California Community Colleges, brings to the Court's attention *Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.,* No. 22-15827, 2023 WL 5946036, at *15 (9th Cir. Sept. 13, 2023) (en banc).  In its decision, the Ninth Circuit overruled *Alpha Delta Chi-Delta Chapter v. Reed*, 648 F.3d 790 (9th Cir. 2011), on grounds other than those for which it was cited by Defendant in her Opposition to Plaintiff's Motion for Preliminary Injunction.

1

Def. Christian's Notice of Supp. Auth.  (1:23-cv-00848-ADA-CDB)

| | | |
|---|---|---|
| 1 | Dated: September 20, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |

/s/ *Jay C. Russell*

JAY C. RUSSELL
JANE E. REILLEY
Deputy Attorneys General
*Attorneys for Defendant Sonya Christian, in her official capacity as Chancellor of the California Community Colleges*

SA2023303989
43885330.docx

2

Def. Christian's Notice of Supp. Auth.  (1:23-cv-00848-ADA-CDB)

## CERTIFICATE OF SERVICE

| Case Name: | **Johnson, Daymon v. Watkin, Steve, et al.** | Case No. | **1:23-cv-00848-ADA-CDB** |
|---|---|---|---|

I hereby certify that on September 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 20, 2023, at San Francisco, California.

|  M. Mendiola  |  *M. Mendiola*  |
|---|---|
| Declarant | Signature |

SA2023303989
43887532.docx