ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE E. REILLEY, State Bar No. 314766
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Sonya Christian, in her official capacity as Chancellor of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAYMON JOHNSON,**<br><br>                    Plaintiff,<br><br>v.<br><br>**STEVE WATKIN, et al.,**<br><br>                    Defendants. | 1:23-cv-00848-ADA-CDB<br><br>**DEFENDANT SONYA CHRISTIAN'S NOTICE OF MOTION AND MOTION TO DISMISS [Fed. R. Civ. Pro 12(b)]**<br><br>Date:         November 13, 2023<br>Time:        1:30 p/m.<br>Courtroom:  1<br>Judge:       The Honorable Ana I. de Alba<br>Trial Date:  Not Scheduled<br>Action Filed: June 1, 2023 |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on November 13, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 1 of the above-entitled court, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, 8th Floor, Fresno, CA  93721, Defendant Sonya Christian, in her official capacity as Chancellor of the California Community Colleges, will and hereby does move this Court to dismiss Plaintiff Daymon Johnson's First Amended Complaint for Declaratory and Injunctive Relief.  (ECF 8.)  This motion to dismiss is made under

Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that the First Amended Complaint fails to state a claim upon which relief can be granted. Plaintiff lacks standing to assert his First Amendment claims against Chancellor Christian because the state regulations he challenges neither apply directly to him nor create any imminent risk that Chancellor Christian or the California Community Colleges will harm Johnson. And Plaintiff's First Amended Complaint fails to state a plausible claim for relief against Chancellor Christian.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the supporting Declaration of Jay C. Russell, the papers and pleadings on file, and upon such matters that may be submitted at the hearing.

Dated: October 2, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

 /s/ *Jay C. Russell*
JAY C. RUSSELL
JANE E. REILLEY
Deputy Attorneys General
*Attorneys for Sonya Christian, in her official capacity as Chancellor of the California Community Colleges*

SA2023303989
43900735.docx

# CERTIFICATE OF SERVICE

Case Name:  **Johnson, Daymon v. Watkin, Steve, et al.**　　　Case No.　**1:23-cv-00848-ADA-CDB**

I hereby certify that on October 3, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT SONYA CHRISTIAN'S NOTICE OF MOTION AND MOTION TO DISMISS [Fed. R. Civ. Pro 12(b)]**
2. **DEFENDANT SONYA CHRISTIAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
3. **DECLARATION OF JAY C. RUSSELL IN SUPPORT OF DEFENDANT SONYA CHRISTIAN'S MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 3, 2023, at San Francisco, California.



| M. Mendiola | | |
| --- | --- | --- |
| Declarant | | Signature |

SA2023303989
43903063.docx