Rob Bonta, State Bar No. 202668
Attorney General of California
Anya M. Binsacca, State Bar No. 189613
Supervising Deputy Attorney General
Jay C. Russell, State Bar No. 122626
Jane E. Reilley, State Bar No. 314766
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3617
  Fax: (415) 703-5843
  E-mail: Jay.Russell@doj.ca.gov
        Jane.Reilley@doj.ca.gov
*Attorneys for Sonya Christian, in her official capacity as Chancellor of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAYMON JOHNSON ,**<br><br>                        Plaintiff,<br><br>v.<br><br>**STEVE WATKIN, et al.**<br><br>                      Defendants. | 1:23-cv-00848-ADA-CDB<br><br>**DECLARATION OF JAY C. RUSSELL IN SUPPORT OF DEFENDANT SONYA CHRISTIAN'S MOTION TO DISMISS**<br><br>Date:        November 13, 2023<br>Time:       1:30 p.m.<br>Dept:       1<br>Judge:      The Honorable Ana I. de Alba<br>Trial Date:  Not Scheduled<br>Action Filed: June 1, 2023 |

I, Jay C. Russell, declare:

1.    I am an attorney admitted to practice before the courts of the State of California. I am employed by the California Attorney General's Office, and am counsel for defendant Sonya Christian, in her official capacity as Chancellor of the California Community Colleges. I am competent to testify to the matters set forth in this declaration and would do so if called upon by the court.

1

Decl. Jay C. Russell Supp. Def. Christian's Mot. to Dismiss (1:23-cv-00848-ADA-CDB)

2. This Court's February 23. 2023 Standing Order provides that before filing any motion, "counsel shall engage in a pre-filing meet and confer to thoroughly discuss the substance of the contemplated motion and any potential resolution."

3. On September 28, 2023, counsel for the parties met and conferred via telephone to discuss Defendant Christian's anticipated motion to dismiss. The parties were unable to reach a resolution during that conference.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Signed on October 2, 2023 in San Francisco, California.

_____
Jay C. Russell

SA2023303989
43900715.docx

2

Decl. Jay C. Russell Supp. Def. Christian's Mot. to Dismiss (1:23-cv-00848-ADA-CDB)