UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

    *Plaintiff,*

v.

STEVE WATKIN, et al.,

    *Defendants.*

Case No. 1:23-cv-00848-KES-CDB

[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE

This matter came before the Court on Plaintiffs' motion for administrative relief, to set a date certain for the decision of Plaintiff's motion for preliminary injunction, Dkt. 26. After consideration of the parties' submissions and the record in this case, and being fully advised, the Court finds that the motion should be and is hereby GRANTED.

The Court will expedite its consideration of Plaintiff's motion for a preliminary injunction, and will issue its decision on said motion on or before _____, 2024.

IT IS SO ORDERED.

Dated this the \_\_\_ day of _____, 2024.

                                          _____
                                          The Hon. Kirk E. Sheriff
                                          United States District Judge