Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Olga Y. Bryan, Bar No. 298969
obryan@lcwlegal.com
Morgan Johnson, Bar No. 345620
mjohnson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants STEVE WATKIN in his official capacity as Interim President, Bakersfield College; et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD

| | |
|---|---|
| DAYMON JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>STEVE WATKIN, in his official capacity as Interim President, Bakersfield College; et al.,<br><br>Respondent. | Case No.: 1:23-cv-00848 KES-CDB<br><br>Complaint Filed: June 1, 2023<br>FAC Filed: July 6, 2023<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 230(m)(2), Defendants Steve Watkin, Richard McCrow, Thomas Burke, Romeo Agbalog, John S. Corkins, Kay S. Meek, Kyle Carter, Christina Scrivner, Nan Gomez Heitzeberg, and Yovani Jimenez (the "District Defendants") respectfully file this Notice of Supplemental Authority to bring the Court's attention to the order issued by the United States District Court for the Southern District of Indiana in *Carr v. Trs. of Purdue Univ.*, No. 1:24-cv-00772-SEB-MJD, 2024 U.S. Dist. LEXIS 144534 (S.D. Ind. Aug. 14, 2024) (dismissing Plaintiff faculty members' pre-enforcement § 1983 First Amendment challenge to a state law tying tenure and promotion decisions to an evaluation of whether a faculty member's pedagogy aligns with principles of free inquiry, free expression, and intellectual diversity and denying Plaintiffs' preliminary injunction motion because Plaintiffs' premature speculation and conjecture as to how

1

the challenged law might be interpreted and applied was insufficient to establish Article III standing).

Dated:  August 23, 2024                                     Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By:  */s/ MORGAN JOHNSON*
      Jesse J. Maddox
      David A. Urban
      Olga Y. Bryan
      Morgan Johnson
      Attorneys for Defendants STEVE WATKIN in his official capacity as Interim President, Bakersfield College; et al.