UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**DAYMON JOHNSON,**
    Plaintiff

  v.                                      **CASE NO. 1:23–CV–00848–KES–CDB**

**STEVE WATKIN, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 23, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 23, 2024

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                **by:** /s/ A. Lawrence
                      Deputy Clerk