UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:23−CV−00848−KES−CDB** |
| USDC Judge: | **DISTRICT JUDGE KIRK E. SHERRIFF** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **DAYMON JOHNSON vs. STEVE WATKIN** |
| Type: | **CIVIL** |
| Complaint Filed: | **6/1/2023** |
| Appealed Order/Judgment Filed: | **9/23/2024** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 9/23/2024 in the amount of $605.00**

Information prepared by: /s/ **A. Lawrence , Deputy Clerk**