FILED

SEP 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: DAYMON JOHNSON.
_____

DAYMON JOHNSON,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO,

        Respondent,

JERRY E. FLIGLER; et al.,

        Real Parties in Interest.

No. 24-5446

D.C. No. 23-848
Eastern District of California, Fresno

ORDER

Petitioner's unopposed motion to dismiss the petition for a writ of mandamus is construed as a motion to voluntarily withdraw the petition. So construed, the motion (Docket Entry No. 4) is granted. *See* Fed. R. App. P. 42(b). The petition is withdrawn.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT