UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

*Plaintiff,*

v.

STEVE WATKIN, et al.,

*Defendants.*

Case No. 1:23-cv-00848-KES-CDB

[Proposed] Order Granting Motion for Administrative Stay

This matter came before the Court on Plaintiffs' unopposed motion for administrative relief. After consideration of the submissions and the record in this case, and being fully advised, the Court finds that the motion should be and is hereby GRANTED.

This case shall be administratively stayed pending the outcome of Plaintiff's interlocutory appeal. Plaintiff shall have 30 days from the date of this Court's receipt of the Ninth Circuit's mandate in the interlocutory appeal to file a Second Amended Complaint.

IT IS SO ORDERED.

Dated this the ___ day of October, 2024.

_____
The Hon. Kirk E. Sheriff
United States District Judge