UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

*Plaintiff*,

v.

STEVE WATKIN, et al.,

*Defendants*.

Case No. 1:23-cv-00848-KES-CDB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR STAY PENDING APPEAL**

(Doc. 94)

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE STAY

This matter came before the Court on Plaintiff's unopposed motion for administrative relief. (Doc. 94). After consideration of the submissions and the record in this case, and being fully advised, the Court finds that the motion should be and is hereby GRANTED.

Accordingly, it is HEREBY ORDERED, this case shall be administratively stayed pending the outcome of Plaintiff's interlocutory appeal. Plaintiff shall have 30 days from the date of this Court's receipt of the Ninth Circuit's mandate in the interlocutory appeal to file a Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **October 4, 2024**

_____
UNITED STATES MAGISTRATE JUDGE