UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>                  Plaintiff,<br><br>        v.<br><br>STEVE WATKIN, *et al.*,<br><br>                  Defendants. | Case No. 1:23-cv-00848-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND TERMINATING ATTORNEY COURTNEY CORBELLO<br><br>(Doc. 96)<br><br><u>Clerk of the Court to Update Docket</u> |

On April 16, 2025, Plaintiff Daymon Johnson filed a motion for administrative relief to terminate attorney Courtney Corbello as counsel of record. (Doc. 96). Plaintiff notes he remains represented by Alan Gura and Del Kolde of the Institute for Free Speech, the named firm representing him in this action. (*Id.*). As such, Corbello's withdrawal does not leave Plaintiff without counsel and is in compliance with Local Rule 182(d). Further, Defendants do not oppose Plaintiff's motion. (*Id.*).

Accordingly, IT IS HEREBY ORDERED, the Clerk of the Court is DIRECTED to terminate Courtney Corbello as counsel for Plaintiff and designate Alan Gura as lead attorney.

IT IS SO ORDERED.

Dated:   **April 17, 2025**

UNITED STATES MAGISTRATE JUDGE