UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON, | No.   1:23-cv-00848-KES-CDB |
| Plaintiff, | |
| v. | ORDER |
| JERRY FLIGER, et al., | |
| Defendants. | |

Plaintiff and Defendants are hereby ordered to submit supplemental briefing of no more than fifteen (15) pages for initial and opposition briefs, and ten (10) pages for a reply brief, focused on the issue of whether Johnson is entitled to a preliminary injunction to enjoin the enforcement of Cal. Code Regs. tit. 5, §§ 53602(b), 53605(a) and (c), and Cal. Educ. Code § 87732(f) to the extent it incorporates those regulations.  The briefs should be filed on or before:

Plaintiff's initial supplemental brief: August 1, 2025

Defendants' opposition brief: August 15, 2025

Plaintiff's reply brief: August 29, 2025

The matter is set for argument on September 12, 2025, at 1:30 p.m.

///

///

1

1    This briefing schedule and hearing date shall be suspended if a timely rehearing petition is
2 filed in *Johnson v. Fliger*, Ninth Cir. No. 24-6008.

4 IT IS SO ORDERED.

5    Dated:   July 18, 2025

                                              _____
                                              UNITED STATES DISTRICT JUDGE

2