UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAYMON JOHNSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JERRY FLIGER, in his official capacity as President, Bakersfield College; et al., <br><br> Defendants - Appellees. | No. 24-6008 <br><br> D.C. No. 1:23-cv-00848-KES-CDB <br><br> Eastern District of California, Fresno <br><br> MANDATE |

The judgment of this Court, entered July 14, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT