UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON, | Case No.: 1:23-cv-00848-KES-CDB |
| *Plaintiff*, | |
| v. | ORDER |
| JERRY FLIGER, et al., | |
| *Defendants.* | |

Plaintiff and Defendants are hereby ordered to submit supplemental briefing of no more than fifteen (15) pages for initial and opposition briefs, and ten (10) pages for a reply brief, focused on the issue of whether Johnson is entitled to a preliminary injunction to enjoin the enforcement of Cal. Code Regs. tit. 5, §§ 53602(b), 53605(a), and Cal. Educ. Code § 87732(f) to the extent it incorporates those regulations.  To the extent defendants continue to pursue any argument in their motion to dismiss, Doc. 46, that has not already been addressed, the parties may also submit supplemental briefing of no more than fifteen (15) pages for the initial and opposition briefs, and ten (10) pages for a reply brief, addressing any such remaining issues.

///

///

///

///

Based on the parties' stipulation, the Court sets the following briefing schedule. The briefs should be filed on or before:

    Initial supplemental briefs: September 26, 2025

    Opposition briefs: October 10, 2025

    Reply briefs: October 24, 2025

The matter is set for argument on November 17, 2025, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 4, 2025

                          UNITED STATES DISTRICT JUDGE