UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY FLIGER, in his official capacity as President, Bakersfield College; et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00848 KES-CDB<br><br>**ORDER ON DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CONTINUE NOVEMBER 17, 2025 HEARING**<br><br>New Hearing Date: December 15, 2025<br>New Time:             3:00 p.m.<br>Courtroom: Courtroom 6 |

**<u>ORDER</u>**

Good cause appearing, the Court ORDERS:

1.    The District Defendants' unopposed motion to continue the November 17, 2025 hearing, Doc. 115, is GRANTED; and

2.    The hearing on Plaintiff's Motion for a Preliminary Injunction and the District Defendants' Motion to Dismiss is continued to December 15, 2025 at 3:00 p.m.


IT IS SO ORDERED.

Dated:   November 13, 2025                                    _____
                                                                                          UNITED STATES DISTRICT JUDGE

1

Order on Defendants' Administrative Motion to Continue November 17, 2025 Hearing

13142564.1 KE020-114

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Liebert Cassidy Whitmore
A Professional Law Corporation
**Error! No text of specified style in document.**

2

[PROPOSED] Order on Defendants' Administrative Motion to Continue November 17, 2025 Hearing

13142564.1 KE020-114